**Opinion issued August 23, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-12-00130-CV**

————————————

**TEXAS CITY, TEXAS, Appellant**

**V.**

**KELLY C. ROTHROCK, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CV3416**

---

**MEMORANDUM OPINION**

Appellant has filed a motion to dismiss the appeal.  No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P.

42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.